**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Teek BRIM, Jr., Defendant–
Appellant.**

**No. 12–6993.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2012.

Decided: Nov. 2, 2012.

William Teek Brim, Jr., Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Randall Stuart Galyon, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Teek Brim, Jr., appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brim,* No. 1:07–cr–00247–JAB–1 (M.D.N.C. May 21, 2012). We deny Brim's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*